# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. BURNS, | NO. CV 11-1918 JSL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ROBERT H. TRIMBLE, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Sept. 24, 2012.

*/s/ Spencer Letts/*

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE